**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| BRITTANY BROWDER TURNER, | § | |
| Appellant, | § | |
| | § | |
| vs. | § | Civil Action No. 3:26-3541-MGL |
| | § | |
| VANDERBILT MORTGAGE AND | § | |
| FINANCE, INC.; EXETER FINANCE, LLC; | § | |
| DAWN M. HARDESTY; OFFICE OF THE | § | |
| UNITED STATES TRUSTEE, | § | |
| Appellee. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND DISMISSING APPELLANT'S CASE WITHOUT PREJUDICE**

Appellant Brittany Browder Turner, proceeding pro se, brings this appeal from the United States Bankruptcy Court for the District of South Carolina. She appeals the Bankruptcy Court's order dismissing her bankruptcy petition for failure to comply with a prior court order.

This matter is before the Court for review of the Report and Recommendation (the Report) of the United States Magistrate Judge suggesting to the Court the case be dismissed due to Turner's failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court

may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on October 21, 2026, and objections were due on November 4, 2026. To date, Turner has failed to file objections to the Report.

"[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Here, Turner failed to object to the Report, so de novo review is unnecessary.

After a thorough review of the Report and the record in this case under the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court Turner's appeal be **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 20th day of November, 2026, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.